UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | CV12-02496-PSG-DTB | Date: | August 17, 2012 |
|---|---|---|---|
| Title: | United States of America v. Real Property Located at 1710 W Foothill Blvd | | |

Present: The Honorable: **Philip S. Gutierrez, United States District Judge**

| Wendy K. Hernandez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:
Not Present                        Not Present

Proceedings (In Chambers):   **Order to Show Cause**

    IT IS HEREBY ORDERED that counsel for Plaintiff show cause in writing on or before **August 31, 2012**, why this action should not be dismissed for lack of prosecution.

    The Court will consider the filing of the following on or before the above date, as an appropriate response to this Order to Show Cause.

    ____ Proof of Service of Summons and Complaint by Plaintiff.

    **X** Response to Complaint by Claimant (s) *OR* Request for Entry of Default by Plaintiff.

    **X** Motion for Entry of Default Judgment as to G3 Holistic, Inc., Aaron Sandusky, John Nuckolls by Plaintiff *OR* Request to Clerk for Entry of Default Judgment by Plaintiff.

    Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, **oral argument will not be heard** in this matter unless so ordered by the Court. Counsel are advised that failure to respond to this Order to Show Cause, may result in the dismissal of the entire action.

    Parties are reminded that mandatory chambers copies of all electronically filed documents must be delivered to Courtroom 880 the following business day before Noon. Furthermore, the copies must include either the E-Filed Notice form and/or the E-Filed Header. Failure to comply, may result in monetary sanctions.

Initials of Preparer   wkh